UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-8234-BER

UNITED STATES OF AMERICA

v.

JUAN PABLO MONTEJO
a/k/a JUAN MONTEJO ANDRES-PABLO,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes ✓ No

                                  Respectfully submitted,

                                  JUAN ANTONIO GONZALEZ
                                UNITED STATES ATTORNEY

BY: _____

                                Brian D. Ralston
                                ASSISTANT UNITED STATES ATTORNEY
                                District Court No. A5502727
                                500 South Australian Avenue, Suite 400
                                West Palm Beach, Florida 33401
                                Tel:     (561) 820-1068
                                Fax:    (561) 820-8777
                                Email:  brian.ralston@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>JUAN PABLO MONTEJO<br>a/k/a JUAN MONTEJO ANDRES-PABLO,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 22-8234-BER<br>)<br>)<br>) |

**FILED BY** ___TM___ **D.C.**

**Jun 3, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 28, 2022___ in the county of ___Palm Beach___ in the ___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) and (b)(1) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Andy Korzen, HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: 6/3/22

_____
*Judge's signature*

City and state: ___West Palm Beach, FL___  ___Bruce E. Reinhart, U.S. Magistrate Judge___
*Printed name and title*

## AFFIDAVIT
## OF
## ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement and have been so employed for over eighteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Juan Pablo MONTEJO, also known as Juan Montejo ANDRES-PABLO committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about May 28, 2022, Juan Pablo MONTEJO was arrested in Palm Beach County, Florida for the offenses of fraud - give false identification to law enforcement officer, resist/obstruct officer without violence, driving without license issued, crash-filing false report to law enforcement, and violation of probation. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records show that Juan Pablo MONTEJO is a native and citizen of Guatemala. Records further show that on or about January 26, 2010,

1

Juan Pablo MONTEJO was ordered removed. The Order of Removal was executed on or about February 5, 2010, whereby Juan Pablo MONTEJO was removed from the United States and returned to Guatemala.

5. Thereafter, Juan Pablo MONTEJO re-entered the United States illegally and on or about December 18, 2018, was removed and returned to Guatemala for the second time.

6. Records further show that on or about November 30, 2018, in the United States District Court, Southern District of Florida, Juan Pablo MONTEJO was convicted of the felony offense of Illegal Reentry After Deportation, case number 18-80199-CR-MARRA.

7. Juan Pablo MONTEJO's fingerprints taken in connection with his May 28, 2022, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Juan Pablo MONTEJO.

8. A record check was performed in the Computer Linked Application Informational Management System to determine if Juan Pablo MONTEJO filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Juan Pablo MONTEJO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about May 28, 2022, Juan Pablo MONTEJO, an alien who has previously been

deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __3__ day of June 2022.

BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Juan Pablo Montejo a/k/a Juan Montejo Andres-Pablo

**Case No:**

Count #: 1

Illegal Reentry into the United States after Deportation

8 U.S.C. §§ 1326(a), 1326(b)(1)

\* **Max. Penalty**: 10 years' imprisonment; $250,000 fine; 3 years' supervised release; and a $100.00 special assessment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.