UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-80153-Cr-Cannon/Reinhart

UNITED STATES OF AMERICA,

v.

JUAN PABLO MONTEJO,

Defendant.
_____/

**REPORT AND RECOMMENDATION
FOLLOWING CHANGE OF PLEA HEARING**

THIS CAUSE is before the Court upon Order of Reference from United States District Judge Aileen M. Cannon.  A change of plea hearing was held on 10/25/2022, which was attended by the Defendant, his counsel Scott Berry, and Assistant United States Attorney Marton Gyires.

1. The Court found the Defendant competent to proceed with a change of plea colloquy.

2. The Court advised the Defendant of the right to have the hearing conducted by the presiding United States District Judge assigned to the case.  The Court further advised the Defendant that, regardless of who conducted the plea hearing, the sentence would be imposed by the presiding United States District Judge, who would make all findings and rulings regarding such sentence and would conduct a sentencing hearing.  The Defendant and the Government consented to the undersigned judge conducting the change of plea hearing.

3. The Court then conducted a plea colloquy in accordance with the outline set forth in the Benchbook for U.S. District Judges and in conformity with the requirements of Federal Rule of Criminal Procedure 11.

4. The parties did not enter into a plea agreement.

5. This Court advised the Defendant of the statutory maximum penalties and any maximum sentences which could be imposed in this case.

6. The Defendant acknowledged being fully satisfied with the services of his attorney and that he had full opportunity to discuss all facets of his case with his attorney – including the discovery, potential defenses, and potential motions to suppress.

5. The Defendant pled guilty to Count 1 of the Indictment. Count 1 charges the defendant with illegal reentry into the United States after Deportation, in violation of Title 8, United States Code, Section 1326(a),(b)(1).

6. The Government orally summarized the factual basis for the plea on the record, including the essential elements of the offense. Defendant acknowledged that the facts proffered by the Government were true. The defendant was aided by a Spanish Interpreter.

7. Defendant has been referred to the United States Probation Office for the preparation of a pre-sentence investigation report. The sentencing hearing will be conducted at a time scheduled by separate order by the United States District Judge.

Accordingly, based upon the foregoing and the plea colloquy conducted by this Court, the undersigned RECOMMENDS that the Defendant, JUAN PABLO MONTEJO, (1) be found to have freely, knowingly, and voluntarily entered a guilty plea to Count 1 of the Indictment., (2) that his guilty plea be accepted, (3) that he be adjudicated guilty of the offense, and (4) that a sentencing hearing as scheduled by the U.S. District Judge be conducted for a final disposition of this matter.

## **NOTICE OF RIGHT TO OBJECT**

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Aileen M. Cannon, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and RECOMMENDED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 25th day of October 2022.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE